UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
J&J SPORTS PRODUCTIONS, INCORPORATED,

                Plaintiff,

  -against-                           ORDER
                                         18-CV-5088 (DLI) (SMG)

MAGALY BELLIARD, individually and d/b/a
SANTIAGO RESTAURANT a/k/a THE NEW
SANTIAGO RESTAURANT; and THE NEW
SANTIAGO RESTAURANT CORPORATION, an
unknown business entity d/b/a SANTIAGO
RESTAURANT a/k/a THE NEW SANTIAGO
RESTAURANT,

                Defendants.
-------------------------------------------------------------x

GOLD, STEVEN M., U.S. Magistrate Judge:

      On February 22, 2019, plaintiff filed a motion for default judgment against defendants Magaly Belliard, individually and d/b/a Santiago Restaurant a/k/a The New Santiago Restaurant and The New Santiago Restaurant Corporation, an unknown business entity d/b/a Santiago Restaurant a/k/a The New Santiago Restaurant. Dkt. 9. By Order dated February 25, 2019, the Honorable Dora L. Irizarry referred plaintiff's motion to me to conduct an inquest, if necessary, as to damages and legal fees and to issue a report and recommendation.

      Any submissions that defendants wish to make in response are due no later than March 15, 2019. Any reply plaintiff wishes to make, and any other submissions plaintiff wishes to provide in support of its motion should be filed by March 22, 2019. Upon receipt of this Order, plaintiff is hereby directed to serve a copy of this Order promptly by certified mail, return receipt requested, on defendants at their last known addresses, and to provide the Court with copies of

the return receipts.

SO ORDERED.

/s/
Steven M. Gold
United States Magistrate Judge

Brooklyn, New York
February 25, 2019

*U:\#MS 2018-2019\Default Judgment Orders\J&J Sports Prods. Inc. v. Belliard et al., 18-cv-5088 (DLI).docm*

2